UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BARBARA ROE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY, a foreign company,<br><br>Defendant. | Case No.<br><br>**VERIFICATION OF STATE COURT RECORDS** |

Attached are true and correct copies of the state records from Thurston County Superior Court Case No. 25-2-01963-34.

    Exhibit A – Docket

    Exhibit B – Case Information Cover Sheet

    Exhibit C – Summons

    Exhibit D – Notice of Assignment

    Exhibit E – Acceptance of Service

    Exhibit F – Notice of Appearance

    Exhibit G – Notice of Filing Notice of Removal

DATED this 12th day of June, 2025.

FOX ROTHSCHILD LLP

*s/ Sarah D. Macklin*
Bryan J. Case, WSBA #41781
Sarah D. Macklin, WSBA #49624
Josephine F. Meyer, WSBA #58736
1001 Fourth Avenue, Suite 4400
Seattle, WA 98154
Telephone:  206.624.3600
Facsimile:  206.389.1708
Email: bcase@foxrothschild.com
         smacklin@foxrothschild.com
         jmeyer@foxrothschild.com

*Attorneys for Defendant Allstate Property and Casualty Insurance Company*

# CERTIFICATE OF SERVICE

I certify that I am a secretary at the law firm of Fox Rothschild LLP in Seattle, Washington. I am a U.S. citizen over the age of eighteen years and not a party to the within cause. On the date shown below, I caused to be served a true and correct copy of the foregoing on counsel of record for all other parties to this action as indicated below:

| Service List | |
|---|---|
| Ryan Best, WSBA #33672<br>BEST LAW PLLC<br>905 W. Riverside, Suite 409<br>Spokane, WA  99201<br>T. 509.624.4422<br>ryan.best@bestlawspokane.com<br><br>*Attorneys for Plaintiff* | ☐ Via US Mail<br>☐ Via Messenger<br>☒ Via CM/ECF / Email<br>☐ Via over-night delivery |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED this 12th day of June, 2025, in Seattle, Washington.

                        *s/ Courtney R. Brooks*
                        Courtney R. Brooks